3:23-cv-10-DJH

Jean Paul Bouiti

150 W Lee Street Apt 7

LaGrange KY 40031

Tel: 502-379-5261

jeanbouiti@yahoo.com

Vs

Brent Bond

Corrections Sergeant at

Roederer Correctional Complex

4000 Morgan Rd

LaGrange Ky 40031

Tel: 502-222-0170

To

Gene Snyder U.S. Courthouse Customhouse

601 W Broadway, Louisville KY 40202

Tel: 502-625-3500

**FILED**
JAMES J. VILT, JR. - CLERK
JAN - 4 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

1/4/2022

Mr or Mm,

As you will find attached, I filled for a complaint with U.S. Equal Employment Opportunity Commission. The process did not involve any witness, confrontation, serious outside independent investigation, or any Jury.

However, the EEOC gave me the opportunity to take the case to court. Brent Bond never stops harassing and discriminating me. Court is the only way to address the issue.

My witnesses that will be there to guilty Bond will be composed of Staffs and around 100 Offenders that you can interview on phone. The list of witnesses will be brought to you whenever it will be requested.

Discrimination is the unjust or prejudicial treatment of different categories of people or things. Discrimination means treating a person unfairly because of who he or she is or because they possess certain characteristics. Discrimination also, for the most is defined as less favorable treatment. Even positive discrimination defined as treating one person more favorably than another because of protected characteristics, is prohibited under the Equality Act 2010.

The complaint about Sergeant Brent Bond resolves around three ongoing and recidivism issues:

[1] Failure of Sergeant Brent Bond assigned to the Roederer Correctional Complex to follow Kentucky Corrections Policies and Procedures N0.3.15["CPP"] based on my Race, in violation of Title VII of the Civil Rights Act of 1964.

On 5/16/2022 I Officer Jean P Bouiti was assigned on Perimeter Post on my assigned Shift that is Days, and Bond was my supervisor as well as all outside Posts Supervisor. I unsuccessfully waited for my Break relief all Shift of 12 hours. Sergeant Bond never got me relieved for my Break.

However, at approximately 2:20 pm, I observed that Tower B Officer Dunter Lawrence and Post 393 Officer Josh Taul who are White men were relieved for long breaks. Be advised that Tower B and 393 Post are way easier and less physical than Perimeter Post.

This was a Racial See action from Brent Bond.

See the attached complete report.

[2]   Failure of Sergeant Brent Bond assigned to the Roederer Correctional Complex to follow Kentucky Corrections Policies and Procedures N0.3.15["CPP"] based on my National Origin, in violation of Title VII of the Civil Rights Act of 1964.

On 5/16/2022 I Officer Jean P Bouiti was assigned on Perimeter Post on my assigned Shift that is Days, and Bond was my supervisor as well as all outside Posts Supervisor. I unsuccessfully waited for my Break relief all Shift of 12 hours. Sergeant Bond never got me relieved for my Break.

However, at approximately 2:20 pm, I observed that Tower B Officer Dunter Lawrence and Post 393 Officer Josh Taul who are both from the United States of America, were relieved for long breaks. My National Origin is Gabon that is African Country.

See the complete attached report

[3] Failure of Sergeant Brent Bond assigned to the Roederer Correctional Complex to follow Kentucky Corrections Policies and Procedures N0.3.15["CPP"] based on my age, in violation of Title VII of the Civil Rights Act of 1964.

On 5/16/2022 I Officer Jean P Bouiti was assigned on Perimeter Post on my assigned Shift that is Days, and Bond was my supervisor as well as all outside Posts Supervisor. I unsuccessfully waited for my Break relief all Shift of 12 hours. Sergeant Bond never got me relieved for my Break.

However, at approximately 2:20 pm, I observed that Post 393 Officer Josh Taul who is younger than me was relieved for long break. I am 53 years and 3 months old.

This is what it is said by Law:

The age Discrimination in Employment Act of 1967(ADEA) protects Employees 40 years of age and older from Discrimination on basis of age in Hiring, Promotion, Discharge, Compensation, or Terms, Conditions, or Privileges of Employment.

We all age, grow up, get old. They are obligatory steps. Getting old and being sick are part of everyone reality, not a weakness that younger Supervisors like Bond can use to harm more others they hate. Every Supervisor must be aware about this.

Please see the complete attached report

[4] Failure of Sergeant Brent Bond assigned to the Roederer Correctional Complex to follow Kentucky Corrections Policies and Procedures N0.3.15["CPP"] <u>based on my disabilities</u>, in violation of Title VII of the Civil Rights Act of 1964.

As you will find attached to this Complaint, these are abundant proofs of my disabilities that make me heavily medicated.

1-Blood Pressure medications: Metoprolol

2-Thyroid medication: Methimazole
3-Diabetes

4-Naproxen for long terms Covid 19 Sides Effects medications (Chest pain, Eyes, Heard, and headaches).

For instance, the following is what it is said about Diabetics:

"An Employer cannot fail to hire or promote you because of your diabetes. Your employer cannot terminate you because of your diabetes unless you pose a direct threat.

Employees with diabetes may need more accommodations: a place to rest until their blood sugar levels become normal, break to eat or drink, take medication, or test blood sugar levels.

The Americans with Disabilities Act regular breaks for blood glucose monitoring and insulin injections during the workdays."

In 2008 diabetes were qualified as a disability in order to secure this law's protections.

<u>Furthermore, an employee with diabetes or others serious medical conditions can request reasonable accommodations such as extra breaks to eat, test blood sugar, etc.</u>

Please see the complete attached report

Sergeant Brent Bond's failure to fairly do his job, his racial and his discriminatory behaviors have been going on since I started this job with RCC, and he is not improving himself. His Supervision style toward me has been creating a hostile environment. Bond has been showing a serious incapacity to supervise Unit 5 as well as all others outside posts...

I need reparation of those prejudices and pressing charges on him. I am also requesting as fine an amount of $300,000.00 (Three hundred thousand dollars).

All proofs you may need are attached to this Complain including the 5/16/2022 Incident Report.

Jean P Bouiti

*[Signature: Jean Paul Bouiti]*

STATE OF KENTUCKY
COUNTY OF Oldham

The foregoing instrument was acknowledged before **Notary**
me this 4 day of Jan., 2023
by Jean Paul Bouiti
E.C.
(Signature of Notarial Officer)
Notary
(Title of Office)
Commission # KYNP41618

Elizabeth Kissel
(Name of Notarial Officer)
Expires 2/8/26

*[Notary seal: ELIZABETH ANN KISSEL, Notary Public-State at Large, KENTUCKY - Notary ID # KYNP41618, My Commission Expires 02-08-2026]*