Jean Paul Bouiti

150 W Lee St, Apt 7

Lagrange, Ky 40031

To

United States District Court

Western District of Kentucky

Louisville Division

11/7/2023

FILED
JAME̴     ̴RK
DEC - 7 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Civil Action N0. 3:23-CV-00010-DJH-CHL

Jean Paul Bouiti,                                                        Plaintiff,

v.

Brent Bond, et al.,                                                      Defendants.

## Case closure

Mr. or Mm,

Because of numerous reasons, including the roadblocks in this case, I decided to put everything in God's Hands, and decided to close this case No. 3:23-CV-00010-DJH-CHL, without prejudice.

The Plaintiff

*[signature]*

Jean P Bouiti