UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JEAN PAUL BOUITI,     Plaintiff,

v.     Civil Action No. 3:23-cv-10-DJH-CHL

BRENT BOND et al.,     Defendants.

\* \* \* \* \*

## **ORDER**

Plaintiff Jean Paul Bouiti moves to dismiss this action. (Docket No. 16) The motion is unopposed. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Bouiti's motion to dismiss (D.N. 16) is **GRANTED**. This action is **DISMISSED**, **STRICKEN** from the Court's docket and **CLOSED**.

January 24, 2024

David J. Hale, Judge
United States District Court

1